■ MARY T. WARNER, Appellant, v DAVID T. WARNER, Respondent. — In a matrimonial action, plaintiff appeals from an order of the Supreme Court, Westchester County (Ferraro, J.), dated August 7, 1981, which referred plaintiff's motion for a money judgment for a hearing and determination. Appeal dismissed, *sua sponte,* without costs or disbursements. An order directing a judicial hearing to aid in the disposition of a motion does not affect a substantial right (see CPLR 5701, subd [a], par 2, cl [v]), and is therefore not

appealable as of right (see *Bagdy v Progresso Foods Corp.*, 86 AD2d 589; *Rahbe v Rahbe*, 86 AD2d 603; *Sklarin v Sklarin*, 86 AD2d 606; *Chaimowitz v Goldschmidt*, 87 AD2d 882; *Del Valle v County of Nassau*, 87 AD2d 835. The instant appeal is therefore dismissed. Any party aggrieved by the order entered subsequent to the hearing may take an appeal (see *Sklarin v Sklarin, supra*). Weinstein, J. P., O'Connor, Thompson and Boyers, JJ., concur.